MORGAN, LEWIS & BOCKIUS LLP
Roshni C. Kapoor, Bar No. 310612
600 Montgomery Street
Suite 2300
San Francisco, CA 94111
Tel: +1.415.442.1000
Fax: +1.415.442.1001
roshni.kapoor@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Curie Lee, Bar No. 317476
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.4000
Fax: +1.650.843.4001
curie.lee@morganlewis.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

JAY S. ROTHMAN & ASSOCIATES
Jay S. Rothman
21900 Burbank Blvd, Ste 210
Woodland Hills, CA 91367
Tel: (818) 986-7870
Fax: (818)990-3019
lawyers@jayrothmanlaw.com

Attorneys for Plaintiff
*MACK PHLAI*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MACK PHLAI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-CV-02458-DJC-AC<br>Hon. Daniel J. Calabretta<br><br>**AMENDED JOINT STIPULATION AND ORDER TO CONTINUE TRIAL AND RELATED DEADLINES PER LOCAL RULE 144** |

**JOINT STIPULATION**

Pursuant to Local Rule 144 and Section IV of this Court's Standing Order in Civil Cases, Plaintiff Mack Phlai ("Plaintiff") and Defendant Amazon.com Services LLC ("Defendant") (together, the "Parties") jointly stipulate to a request that the Court continue certain case management deadlines as set forth below, based upon the following good cause:

WHEREAS, Plaintiff filed the instant action on May 22, 2025;

WHEREAS, on November 13, 2025, the Court entered its Scheduling Order (Dkt. No. 13) setting forth fact discovery deadline of November 27, 2026, a trial date of November 29, 2027, and other interim deadlines as outlined in the below chart;

WHEREAS, the Parties have exchanged initial disclosures and written discovery, as well as productive meet-and-confer about both;

WHEREAS, prior to taking the Parties' respective desired depositions, they agreed to mediate with private mediator Nikki Tolt, Esq. on December 17, 2026, which was the earliest date that the mediator had available as of late August when the Parties finalized their mediation scheduling;

WHEREAS, the requested extensions will facilitate the Parties' efforts to achieve an early resolution of this matter by allowing the Parties to focus their time and resources on preparing for the mediation instead of dedicating the same to potentially unnecessary litigation;

WHEREAS, on October 6, 2026, the Parties filed a Joint Stipulation and [Proposed] Order to Continue Case Deadlines (ECF No. 16), requesting extensions of certain pretrial deadlines while maintaining the existing trial date;

WHEREAS, on October 13, 2026, Mr. Gabriel Michel, Courtroom Deputy to the Honorable Daniel J. Calabretta, advised the Parties that the proposed extensions could not be accommodated without modifying the entire pretrial schedule, provided alternative dates consistent with the Court's calendar, and directed the Parties to file an amended stipulation reflecting those dates;

WHEREAS, pursuant to the Court's instructions, the Parties hereby submit this Amended Joint Stipulation adopting the revised schedule, including a new trial date of May 15, 2028;

WHEREAS, if the Court cannot enter the dates as proposed below, the Parties respectfully

request that the Court select dates no earlier than the dates proposed below and continue the pre-trial and trial dates as necessary and consistent with the continuance of other dates;

THEREFORE, the Parties respectfully request that the Court make the following modifications to the Scheduling Order (Dkt. No. 13):

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Fact Discovery Cut-Off | November 27, 2026 | May 7, 2027 |
| Last Day to Disclose Initial Experts | December 28, 2026 | June 4, 2027 |
| Last Day to Disclose Rebuttal Experts | January 22, 2027 | July 2, 2027 |
| Expert Discovery Cut-Off | February 19, 2027 | July 30, 2027 |
| Last Day to File Dispositive Motions | April 30, 2027 | October 8, 2027 |
| Hearing on Dispositive Motions | June 24, 2027 | December 2, 2027 |
| Final Pre-Trial Conference | September 30, 2027 | March 9, 2028 at 1:30 PM |
| Jury Trial | November 29, 2027 | May 15, 2028 at 8:30 AM |

Dated:

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Curie Lee*
Roshni C. Kapoor
Curie Lee

*Attorneys for Defendant*
AMAZON.COM SERVICES LLC

Dated:

JAY S. ROTHMAN & ASSOCIATES

By */s/ S. Rothman*
Jay S. Rothman

*Attorney for Plaintiff*
MACK PHLAI

**ORDER**

Based upon the Parties' Joint Stipulation to Continue Case Deadlines, and for good cause having been shown, the Scheduling Order at ECF No. 13 is modified as requested by the parties above.

IT IS SO ORDERED.

Dated: October 29, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE